UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JAMES HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:16-cv-00050-RLY-MPB |
| | ) | |
| MARY RICHIE, | ) | |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

The court, having this day granted Defendant's Motion for Judgment on the Pleadings, now enters final judgment in favor of Defendant, Mary Richie, and against Plaintiff, James Hayes.

**SO ORDERED** this 19th day of July 2016.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Distributed via U.S. Mail:

James Hayes
803 W. Broadway St., C4
Princeton, IN 47670